## Hill et al. v. King.

APPEAL from the Chancery Court of Talladega.
Heard before the Hon. RICHARD B. KELLY.

KNOX, DIXON & BURR, for appellants.

ALEXANDER KING, for appellee.

The appeal in this case is dismissed by agreement of parties.

Opinion by SHARPE, J.

---

## Savage v. Tecumseh Iron Co.

APPEAL from the Circuit Court of Cherokee.
Tried before the Hon. J. A. BILBRO.

BURNETT & CARDEN and J. H. SAVAGE, for appellants.

CALDWELL & JOHNSTON, for appellee.

The appeal is dismissed.

Opinion PER CURIAM.

---

## Dozier v The State.

APPEAL from the Circuit Court of Walker.
Tried before the Hon. S. H. SPROTT.

D. A. MACGREGOR, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree and sentenced to the penitentiary for life.
The judgment of conviction is reversed and the cause remanded.

Opinion by DOWDELL, J.